(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Jul 28, 2025
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**UNITED STATES OF AMERICA** §
§ CASE NUMBER: EP:25-M -04138(1) **RFC**
vs. §
§
**(1) CESAR OMAR FLORES -RUELAS** §

Defendant.

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Cesar Omar Flores -Ruelas, was represented by counsel, Damian Ryan George Rasmussen.

The defendant pled guilty to the complaint on July 28, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Securtiy Regulation | 07/25/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 07/25/2025 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 07/25/2025 |

As pronounced on July 28, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served + (1) One Business Day**. The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 28th day of July, 2025.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE